EDMUND J. MOCZULSKI v. HBSA INDUSTRIES INC.

May 16, 1984.

Petition for certification denied.

REMEDIAL EDUCATION AND DIAGNOSTIC SERVICES, INC. v. ESSEX COUNTY EDUCATIONAL SERVICES COMMISSION.

May 16, 1984.

Petition for certification denied.   (See 191 *N.J.Super.* 524)

MICHAEL J. DOTSKO v. SETON HALL UNIVERSITY.

May 16, 1984.

Petition for certification denied.

GERALD A. DORMAN v. HEALTH SERVICE INCORPORATED.

May 16, 1984.

Petition for certification denied.